```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 01765
   JOSE A VASQUEZ
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-5399

--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 02/27/2006 and was confirmed 12/04/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was completed - no discharge 11/29/2007.
--------------------------------------------------------------------------
CREDITOR NAME                  CLASS         CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                                PAID            PAID
--------------------------------------------------------------------------
CHASE MANHATTAN MORTGAGE  CURRENT MORTG           .00            .00              .00
COUNTRYWIDE HOME LOANS I  CURRENT MORTG           .00            .00              .00
DEUTSCHE BANK NATIONAL T  NOTICE ONLY      NOT FILED            .00              .00
HOMEQ SERVICING CORP      CURRENT MORTG           .00            .00              .00
HOMEQ SERVICING CORP      MORTGAGE ARRE           .00            .00              .00
HOME EQUITY SERVICE CO    NOTICE ONLY      NOT FILED            .00              .00
HSBC MORTGAGE SERVICE     CURRENT MORTG           .00            .00              .00
LITTON LOAN SERVICING     CURRENT MORTG           .00            .00              .00
NEW CENTURY MORTGAGE C    CURRENT MORTG           .00            .00              .00
NEW CENTURY MORTGAGE C    CURRENT MORTG           .00            .00              .00
AMEX                      NOTICE ONLY      NOT FILED            .00              .00
FLEET CREDIT CARD         NOTICE ONLY      NOT FILED            .00              .00
BANK ONE                  NOTICE ONLY      NOT FILED            .00              .00
CALL SOLUTIONS            UNSECURED        NOT FILED            .00              .00
CAPITAL ONE BANK          NOTICE ONLY      NOT FILED            .00              .00
CBUSASEARS                NOTICE ONLY      NOT FILED            .00              .00
COLLECTION CO OF AMERICA  UNSECURED        NOT FILED            .00              .00
CITICORP CREDIT           NOTICE ONLY      NOT FILED            .00              .00
COMMERCIAL CHECK CONTROL  UNSECURED        NOT FILED            .00              .00
CONSECO FINANCE           NOTICE ONLY      NOT FILED            .00              .00
CRED PROTECTION ASSOCIAT  NOTICE ONLY      NOT FILED            .00              .00
DISCOVER CARD             NOTICE ONLY      NOT FILED            .00              .00
DISCOVER FINANCIAL SVC    NOTICE ONLY      NOT FILED            .00              .00
FNCB/SPLEGL/EBAUR/MWPT    NOTICE ONLY      NOT FILED            .00              .00
FINANCIAL ASSET MANAGEME  UNSECURED        NOT FILED            .00              .00
FIRST USA BANK NA         NOTICE ONLY      NOT FILED            .00              .00
HSBC BANK NV FKA HHLB     NOTICE ONLY      NOT FILED            .00              .00
HSBC BANK NV FKA HHLB     NOTICE ONLY      NOT FILED            .00              .00
HSBC BANK NV FKA HHLB     NOTICE ONLY      NOT FILED            .00              .00
ECAST SETTLEMENT CORP     UNSECURED         2153.74             .00          2153.74
HSBC/AMEAG                NOTICE ONLY      NOT FILED            .00              .00
HSBC/COMB                 NOTICE ONLY      NOT FILED            .00              .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 01765 JOSE A VASQUEZ
```

```
HSBC/DMARK                 NOTICE ONLY    NOT FILED          .00          .00
PORTFOLIO RECOVERY ASSOC   UNSECURED       2061.98           .00      2061.98
MARSHALL FIELDS            NOTICE ONLY    NOT FILED          .00          .00
MBNA AMERICA               NOTICE ONLY    NOT FILED          .00          .00
MBNA AMERICA               NOTICE ONLY    NOT FILED          .00          .00
MERRICK BANK~              UNSECURED      NOT FILED          .00          .00
MILLENIUM CREDIT CONSULT   NOTICE ONLY    NOT FILED          .00          .00
MILLENIUM CREDIT CONSULT   UNSECURED      NOT FILED          .00          .00
NATIONAL CITY BANK         NOTICE ONLY    NOT FILED          .00          .00
NCO FINANCIAL SYSTEMS      NOTICE ONLY    NOT FILED          .00          .00
PEOPLES GAS LIGHT & COKE   UNSECURED        599.67           .00       599.67
RNB-FIELDS3                NOTICE ONLY    NOT FILED          .00          .00
SEARS CHARGE PLUS          UNSECURED      NOT FILED          .00          .00
SHELL/CITI                 UNSECURED      NOT FILED          .00          .00
SWISS COLONY               NOTICE ONLY    NOT FILED          .00          .00
T-MOBILE USA               UNSECURED        174.73           .00       174.73
TARGET                     NOTICE ONLY    NOT FILED          .00          .00
US BANK                    NOTICE ONLY    NOT FILED          .00          .00
WACHOVIA BANK              NOTICE ONLY    NOT FILED          .00          .00
LVNV FUNDING LLC           UNSECURED       4145.45           .00      4145.45
WFNNB/TODAYS MAN           NOTICE ONLY    NOT FILED          .00          .00
DEUTSCH BANK NATIONAL      CURRENT MORTG      .00            .00          .00
NCO FINANCIAL              UNSECURED          .00            .00          .00
B-LINE LLC                 UNSECURED       7492.48           .00      7492.48
DEBRA J VORHIES LEVINE     DEBTOR ATTY    2,960.00                   2,960.00
TOM VAUGHN                 TRUSTEE                                   1,120.90
DEBTOR REFUND              REFUND                                    2,005.62

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE            22,714.57

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                     16,628.05
ADMINISTRATIVE                                 2,960.00
TRUSTEE COMPENSATION                           1,120.90
DEBTOR REFUND                                  2,005.62
                   ---------------        ---------------
TOTALS             22,714.57                  22,714.57
```

PAGE  2 - CONTINUED ON NEXT PAGE
CASE NO. 06 B 01765 JOSE A VASQUEZ

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 04/04/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE